IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH DRURY, | No. C 06-7022 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, TEGSCO, LLC dba SAN FRANCISCO AUTO RETURN, JOSEPH NANNERY, ANTHONY AZEBEDO, | |
| Defendants. | |

    On November 8, 2006, Defendant City and County of San Francisco removed this action to this Court. Although Defendants Tegsco and Joseph Nannery had been served at the time of removal, neither joined in the notice of removal. Therefore, removal was improper. See, e.g., Parrino v. FHP, Inc., 146 F.3d 699, 703 (9th Cir. 1998) ("All defendants must join a notice of removal.").

    On December 12, 2006, Plaintiff Elizabeth Drury moved to remand this case to the Superior Court of the State of California. On January 5, 2007, Defendants City and County of San Francisco and

Tegsco filed statements of non-opposition to Plaintiff's motion.[1] Having considered all of the papers filed by the parties, the Court grants Plaintiff's motion (Docket No. 5) and remands this case to State court.  The hearing scheduled for January 19, 2007 is vacated.

IT IS SO ORDERED.

Dated: 1/8/07

CLAUDIA WILKEN
United States District Judge

---

[1] Jospeh Nannery, the other Defendant who has been served in this case did not join in the notice of removal or respond to the motion to remand.  The Court notes that the City Attorney represented Nannery together with the City and County of San Francisco in filings in the State court, but that it has not done so in this Court.

2